UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANCH BANKING AND TRUST
COMPANY, a North Carolina banking
corporation, as successor-in-interest to
Colonial Bank by asset acquisition from
the FDIC as Receiver for Colonial Bank

       Plaintiff,

v.                          Case No:  2:13-cv-373-FtM-38CM

MICHAEL DUNN, DAVID D'AMORE,
PAMELA D'AMORE, CABOT L.
DUNN, JR. and LODGE
CONSTRUCTION INC.,

       Defendants.
_____/

**ORDER[1]**

    This matter comes before the Court on Joint Stipulation for Entry of Final Judgment

(Doc. 62) filed on May 29, 2014. Plaintiff Branch Banking and Trust Company and

Defendants Michael Dunn, Cabot L. Dunn, Jr., and Lodge Construction Inc. have settled.

(See Doc. 57). This case, however, still remains pending between Plaintiff Branch

Banking and Trust Company and Defendants David D'Amore and Pamela D'Amore. (See

Doc. 57). Upon review of the stipulation and having found no just cause for delay, the

Court will enter judgment as it pertains to the settled parties.

    Accordingly, it is now

_____

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

1. Joint Stipulation for Entry of Final Judgment (Doc. 62) is **GRANTED in part**.

2. The Clerk is directed to enter Judgment in favor of Plaintiff Branch Banking and Trust Company and against Defendants Michael Dunn, Cabot L. Dunn, Jr., and Lodge Constructions, Inc. **ONLY**, jointly and severally, as to Counts I, II, VII, VIII, and IX of the Amended Complaint, (Doc. 24), for damages in the amount of $3,606,605.99 as of May 29, 2014, together with additional per diem rate of interest of $1,626.21 accruing from May 30, 2014 through the entry of the final judgment.

3. The Clerk is directed to terminate Defendants Michael Dunn, Cabot L. Dunn, Jr., and Lodge Construction, Inc. from this matter. All other parties remain.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record