UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, as successor-in-interest to Colonial Bank by asset acquisition from the FDIC as Receiver for Colonial Bank

    Plaintiff,

v.                                 Case No:   2:13-cv-373-FtM-38CM

DAVID D'AMORE and PAMELA D'AMORE,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Unopposed Motion to Stay (Doc. 81) filed on August 6, 2014. Upon consideration, and in light of Defendants' Suggestion of Bankruptcy, this matter is stayed pursuant to 11 U.S.C. § 362. (See Doc. 80).

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Unopposed Motion to Stay (Doc. 81) is **GRANTED**.

2. The Clerk is directed to add a stay flag to the docket.

3. Defendants shall update the Court every 90 days as to the status of the bankruptcy proceeding.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

4. Defendants shall inform the Court in writing when their bankruptcy proceeding is completed. This writing shall be filed with this Court no later than 14 days from the completion of the bankruptcy proceeding.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of August, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record